**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| VINCENT SULPRIZIO, <br><br> Plaintiff, <br><br> v. <br><br> MGC MORTGAGE, INC. and LNV CORPORATION, INC., <br><br> Defendants. | Civil Action No: |

### MGC MORTGAGE, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure Rule 7.1 and Local Rule 7.3, Defendant, MGC Mortgage, Inc. ("MGC") hereby files this statement identifying its parent companies and any publicly held corporation that owns 10% of its stock:

MGC is a wholly owned subsidiary of Property Acceptance Corp. Property Acceptance Corp. is not publicly traded and is a wholly owned subsidiary of Beal Bank, a privately owned Texas state savings bank.

Respectfully submitted,

The Defendants,
**MGC Mortgage, Inc. and LNV Corporation, Inc.,**
By its Attorneys,

*/s/ Jennifer S. Bunce*
Maura K. McKelvey, BBO # 600760
Jennifer S. Bunce, BBO # 663348
Hinshaw & Culbertson LLP
28 State Street, 24th Floor
Boston, MA 02109
Tel: (617) 213-7000 / Fax: (617) 213-7001

34126420v1 0929285

## CERTIFICATE OF SERVICE

      I, Jennifer S. Bunce, hereby certify that on this 12th day of December, 2011, the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and I served a true and accurate copy of the foregoing document to counsel of record via first class mail as follows:

Jonas A. Jacobson, Esquire
872 Massachusetts Avenue, Unit 1-6
Cambridge, MA 02139

                                                    */s/ Jennifer S. Bunce*
                                                    Jennifer S. Bunce

34126420v1 0929285